MANATT, PHELPS & PHILLIPS, LLP
GEOFFREY T. TONG  (Bar No. CA 140312)
YVETTE L. ESPINOZA (Bar No. CA 221065)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:    (310) 312-4000
Facsimile:     (310) 312-4224
e-mail:  gtong@manatt.com

*Attorneys for Defendant*
THE MEGA LIFE AND HEALTH INSURANCE COMPANY
and Specially Appearing for Defendant UICI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN BOSHELL and BELINDA BOSHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY; UICI; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 2:05-CV-01416-FCD-GGH<br><br>Hon. Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT UICI** |

TO THE HONORABLE FRANK C. DAMRELL, JR., UNITED STATES DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant UICI only be and hereby is dismissed, with each party to bear its own costs.

Dated: August 18, 2005

MANATT, PHELPS & PHILLIPS, LLP
GEOFFREY T. TONG
YVETTE L. ESPINOZA

By: /s/ Yvette L. Espinoza
Yvette L. Espinoza
*Attorneys for Defendant*
THE MEGA LIFE AND HEALTH INSURANCE COMPANY and Specially Appearing for Defendant UICI

Dated: August 18, 2005

BARR & MUDFORD

By: /s/ J. Michael Favor
J. Michael Favor
*Attorney for Plaintiffs*
John and Belinda Boshell

## **ORDER**

Based upon the parties' Stipulation,

IT IS HEREBY ORDERED THAT:

Defendant UICI only is dismissed from this action, with each party to bear its own costs.

Dated: August 19, 2005

/s/ Frank C. Damrell Jr.
Frank C. Damrell Jr.
United States District Judge

40913071.1