UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN BOSHELL and BELINDA BOSHELL,

        Plaintiffs,

    v.

THE MEGA LIFE AND HEALTH INSURANCE CO.,

        Defendant.

NO. CIV. S-05-1416 FCD-GGH

<u>MEMORANDUM AND ORDER</u>

----oo0oo----

This matter is before the court on the Law Offices of Barr & Mudford's ("B&M") motion to withdraw as attorney of record for plaintiffs John Boshell and Belinda Boshell.

Pursuant to E.D. Local Rule 83-182(b):

> [A]n attorney who has appeared may not withdraw leaving the client <u>in propria persona</u> without leave of Court upon noticed motion and written notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney of record is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules.

1

1 B&M has complied with the requirements of the local rules by
2 noticing the instant motion, serving plaintiffs with a copy of
3 the motion and attachments thereto, and providing the court with
4 defendants' current addresses.
5      The Rules of Professional Conduct of the State Bar of
6 California provide in pertinent part:
7      A member shall not withdraw from employment until the
       member has taken reasonable steps to avoid reasonably
8      foreseeable prejudice to the rights of the client,
       including giving due notice to the client, allowing
9      time for employment of other counsel, complying with
       rule 3-700(D), and complying with applicable laws and
10     rules.
11 California Rules of Professional Conduct, Rule 3-700(A)(2).  B&M
12 complied with these requirements by providing defendants notice
13 of its intent to bring the instant motion on or about January 13,
14 2006.
15      The Rules of Professional Conduct provide that an attorney
16 may withdraw form representation if "[t]he client knowingly and
17 freely assents to termination of employment."  California Rules
18 of Professional Conduct, Rule 3-700(C)(5).  Plaintiffs John
19 Boshell and Belinda Boshell have filed a proposed order in this
20 court, consenting and accepting to substitute themselves, in
21 propria persona, as their attorneys of record.  Given plaintiffs
22 stipulation to proceed in propria persona, B&M's motion to
23 withdraw as attorney of record is GRANTED.  B&M shall comply with
24 the requirements of California Rules of Professional Conduct,
25 Rule 3-700(D).
26      B&M's motion for substitution of attorneys is GRANTED, and
27 plaintiffs John Boshell and Belinda Boshell are substituted in
28 propria persona.  All dates set in this matter pursuant to the

1  Scheduling Order, filed September 15, 2005, are VACATED.
2  Pursuant to Local Rule 72-302(c)(21), this case is hereby
3  referred to the assigned Magistrate Judge, Gregory G. Hollows,
4  for case management and recommendation(s) to the District Court
5  Judge.  Parties are to contact Valerie Callen at 916-930-4199
6  with regard to further case management.
7      IT IS SO ORDERED.
8  DATED: January 12, 2006.

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, Jr.
                                UNITED STATES DISTRICT JUDGE