IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN BOSHELL and
BELINDA BOSHELL,

     Plaintiffs,                        No. CIV.S. 05-1416 FCD GGH PS

     vs.

THE MEGA LIFE AND HEALTH                    ORDER
INSURANCE CO.,

     Defendant.
_____/

        On January 12, 2006, the Honorable Frank C. Damrell, Jr., granted the motion of plaintiffs' counsel to withdraw as attorney of record. Plaintiffs are now proceeding in propria persona and this case referred to the undersigned for case management pursuant to E.D. Cal. L.R. 72-302(c)(21).

        Accordingly, the parties are hereby directed to file, within thirty days of the filing date of this order, a joint status report briefly describing the case and the remaining parties, and addressing the following:

        (a) Service of process;

        (b) Possible joinder of additional parties;

        (c) Expected or desired amendment of pleadings;

        (d) Jurisdiction and venue;

(e) Anticipated motions and their scheduling;

(f) The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

(g) Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

(h) Special procedures, if any;

(i) Estimated trial time;

(j) Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings;

(k) Whether the case is related to any other case, including bankruptcy;

(l) Whether a settlement conference should be scheduled;

(m) Any other matters that may add to the just and expeditious disposition of this matter.

Upon reviewing the joint status report, the Court may issue a scheduling order or set a status conference.

So ordered.

DATED: 9/7/06                                       /s/ Gregory G. Hollows

                                                    _____
                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

NOW6:Boshell1416.SR