UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN BOSHELL and BELINDA BOSHELL,

        Plaintiffs,

   v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY and DOES 1 through 20, inclusive,

        Defendants.

NO. CIV. S-05-1416 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiffs' motion to modify the pretrial scheduling order to file a first amended complaint, adding claims against defendant pursuant to California Business and Professions Code §§ 17200 and 17500.[1]  Fed. R. Civ. P. 16(b).  Defendant The MEGA Life and Health Insurance Company does not oppose the motion.  (Non-Opp'n, filed Jan. 3, 2008.)  As such, the court GRANTS plaintiffs' motion.  Plaintiffs shall file

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. Local Rule 78-230(h).

1

1  and serve the proposed first amended complaint, attached to the
2  motion, within 15 days of the date of this order.  Defendant
3  shall have 30 days after service thereof to file its response to
4  the amended complaint.
5      IT IS SO ORDERED.
6  DATED: January 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE