Geoffrey T. Tong, Esq. (SBN 140312)
Richardson & Patel LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Email: gtong@richardsonpatel.com
Telephone: (310) 208-1182
Facsimile: (310) 208-1154

Attorneys for Defendant
The MEGA Life and Health Insurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOSHELL and BELINDA BOSHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:05-CV-01416-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FRANK C. DAMRELL, JR.:

IT IS HEREBY STIPULATED by and between Plaintiffs John Boshell and Belinda Boshell ("Plaintiffs") and Defendant The MEGA Life and Health Insurance Company ("Defendant"), by and through their respective attorneys of

///

1

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  record, that the entire above-entitled action be dismissed with prejudice, with each
2  party to bear its own attorneys' fees and costs.

Dated:  September __, 2008                    FARMER SMITH & LANE, LLP


                                              By: _____
                                                    Blane A. Smith
                                              Attorneys for Plaintiffs John Boshell
                                              and Belinda Boshell


Dated:  September __, 2008                    RICHARDSON & PATEL LLP


                                              By: _____
                                                    Geoffrey T. Tong
                                              Attorneys for Defendant The MEGA
                                              Life and Health Insurance Company



                                    ORDER

     Based on the parties' Stipulation, and good cause appearing,

IT IS SO ORDERED.


DATED:  September 15, 2008
                                              _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**